**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

PAO M.                                                    Case No. 26-cv-3399 (LMP/DJF)

        Petitioner,

v.                                                              **ORDER**

TODD BLANCHE, *Acting Attorney General*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; DAVID J. VENTURELLA, *Acting Director of Immigration and Customs Enforcement*; and DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, RYAN SHEA, *Sheriff, Freeborn County,*

        Respondents.

---

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Pao M.'s Petition for Writ of Habeas Corpus (ECF No. 1) on or before **Friday, July 31, 2026**, certifying the true cause and proper duration of Pao M.'s confinement and showing cause why the writ should not issue in this case;

2. Respondents' answer must include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Pao M.'s detention in light of the issues raised in his Petition;

b.     A reasoned memorandum of law and fact explaining Respondents' legal position on Pao M.'s claims; and

c.     Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.     If Pao M. intends to file a reply to Respondents' answer, he must do so on or before **Friday, August 7, 2026**;

4.     No further submissions from the parties will be permitted except as authorized by Court order; and

5.     Respondents are **ORDERED** not to move Pao M. outside of the District of Minnesota during the pendency of these proceedings, so that Pao M. may consult with his counsel and participate in this litigation while the Court considers his Petition.

Dated: July 24, 2026                *s/Laura M. Provinzino*
Time: 9:05 a.m.                  Laura M. Provinzino
                                  United States District Judge